Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BANNECK, | ) Case No.: 15-CV-02250-HSG |
| | ) |
| Plaintiff, | ) **Order on Request to** |
| | ) **Appear Telephonically to Initial Case** |
| v. | ) **Management Conference** |
| | ) |
| HSBC BANK USA, N.A.; EXPERIAN | ) |
| INFORMATION SOLUTIONS, INC.; | ) Date: August 18, 2015 |
| and DOES 1 through 10, inclusive, | ) Time:  2:00 p.m. |
| | ) Judge: Haywood S. Gilliam Jr. |
| Defendants. | ) |
| | ) |

The court hereby grants the request for Jeremy S. Golden to appear at the Initial Case Management Conference telephonically pursuant to the following procedure:

Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Date:  August 11, 2015                                              _____
UNITED STATES DISTRICT COURT JUDGE

1

[Proposed] Order on Request to Appear Telephonically to Initial Case Management Conference