Douglas L. Clark (State Bar No. 279408)
dlclark@jonesday.com
JONES DAY
3161 Michelson Dr., Suite 800
Irvine, CA 92612
Telephone:  949-851-3939
Facsimile:   949-553-7539

Attorneys for Defendant
Experian Information Solutions, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BANNECK,<br><br>        Plaintiff,<br><br>    v.<br><br>HSBC BANK USA, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 3:15-cv-02250-EDL<br><br>**ORDER ON DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:  8/18/2015<br>Time:          2:00 p.m.<br>Ctrm.:         15, 18th Floor |

In consideration of Defendant Experian Information Solutions, Inc.'s ("Experian") Motion to Appear Telephonically at the Case Management Conference, and good cause having been shown,

IT IS HEREBY ORDERED THAT:

Experian's counsel, Douglas L. Clark, may appear telephonically at the Initial Case Mangement Conference currently set for August 18, 2015 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the

1  telephonic appearance.

Date: 8/11/2015

_____
United States District Judge
The Hon. Haywood S. Gilliam, Jr.