Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff JAMES BANNECK

Douglas L. Clark (SBN 279408)
dlclark@jonesday.com
JONES DAY
3161 Michelson Dr., Suite 800
Irvine, CA 92612
Phone: 949-851-3939; Fax: 949-553-7539
Attorneys for Defendants
EXPERIAN INFORMATION SOLUTIONS, INC.

JAMES H. FRENCH, (State Bar No. 53555)
PATRICIA H. LYON (State Bar No. 126761)
SOPHIA R. PRIOLA (State Bar No. 299339)
jfrench@frenchandlyon.com
FRENCH & LYON
Attorneys At Law
A Professional Corporation
1990 N. California Blvd., Suite 300
Walnut Creek, CA 94596
Telephone:  415-597-7800
Attorneys for Defendants
HSBC BANK USA, N.A.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES BANNECK, | Case No.: 15-CV-02250-HSG |
| Plaintiff, | **STIPULATION AND ORDER REFLECTING THE CASE MANAGEMENT SCHEDULE** |
| v. | |
| HSBC BANK USA, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 10, inclusive, | Hon. Haywood S. Gilliam Jr. |
| Defendants. | |

1
Stipulation and [Proposed] Order Reflecting The Case Management Schedule
Approved At The Case Management Conference

1  This Stipulation is submitted by Plaintiff James Banneck, Defendant HSBC Bank
2  USA, N.A., and Defendant Experian Information Solutions, Inc., (collectively, the "Parties")
3  at the direction of the Court.
4  WHEREAS, the Parties agreed on a proposed case management schedule in their Joint
5  Case Management Conference Statement;
6  WHEREAS, the Court approved the proposed schedule at the Case Management
7  Conference with the exception of changing the Dispositive Motion date to April 7, 2016
8  along with adjustment of prior dates after the Parties have had an opportunity to meet and
9  confer; and
10  WHEREAS, the parties met and conferred regarding the dates and are submitting a
11  stipulation to reflect the schedule as directed by the Court.
12  NOW, THEREFORE, the Parties hereby stipulate and agree to the following case
13  management schedule in this matter:
14  **Scheduling:**
15  The parties propose the following due dates:

| | |
|---|---|
| Designation of Experts: | December 21, 2015 |
| Discovery Cut-off: | January 21, 2016 |
| Designation Rebuttal Expert: | January 21, 2016 |
| Expert Discovery Cut-off: | February 18, 2016 |
| Dispositive Motions: | April 7, 2016 |
| Pre-Trial Conference: | July 12, 2016 |
| Trial: | July 25, 2016 |

**IT IS SO STIPULATED.**

DATE: 8/21/2015              BY: /s/*Jeremy S. Golden*_____
                                                Jeremy S. Golden,
                                                Attorney for Plaintiff

Stipulation and [Proposed] Order Reflecting The Case Management Schedule
Approved At The Case Management Conference

| | | |
|---|---|---|
| 1 | DATE: <u>8/21/2015</u> | BY: <u>/s/*James French*</u>_____ |
| 2 | | James French |
| | | Attorney for HSBC Bank USA, N.A. |
| 3 | DATE: <u>8/21/2015</u> | BY: <u>/s/*Douglas Clark*</u>_____ |
| 4 | | Douglas Clark |
| | | Attorney for Experian Information Solutions, Inc. |

**Attestation Pursuant to Local Rule 5-1(i)(3)**

"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."

DATE: <u>8/21/2015</u>           BY: <u>/s/*Jeremy S. Golden*</u>_____
                                              Jeremy S. Golden,
                                              Attorney for Plaintiff

---

3
Stipulation and [~~Proposed~~] Order Reflecting The Case Management Schedule
Approved At The Case Management Conference

ORDER

The above STIPULATION & [PROPOSED] ORDER REFLECTING THE CASE MANAGEMENT SCHEDULE is approved as modified as the Order for this case and all parties shall comply with its provisions.  The pretrial conference proposed for July 12, 2016, will be scheduled for July 5, 2016, at 3:00 p.m.

IT IS SO ORDERED.

Dated:  8/24/2015

_____
Honorable Haywood S. Gilliam, Jr.
United States District Judge