UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BANNECK<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK USA, N.A., et al.,<br><br>Defendants. | Case No. 15-cv-02250-HSG   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  October 27, 2015<br>Mediator:  Charles McClain |

IT IS HEREBY ORDERED that the requests to excuse defendant HSBC Bank USA, N.A.'s representative and defendant Experian Information Solutions, Inc.'s representative from appearing in person at the October 27, 2015, mediation before Charles McClain are GRANTED. The excused representatives shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: October 14, 2015

Maria-Elena James
United States Magistrate Judge