Douglas L. Clark (SBN 279408)
dlclark@jonesday.com
JONES DAY
3161 Michelson Dr., Suite 800
Irvine, CA 92612
Telephone: 949-851-3939
Facsimile: 949-553-7539

Attorneys for Defendants
EXPERIAN INFORMATION
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BANNECK,<br><br>  Plaintiff,<br><br>  v.<br><br>HSBC BANK USA, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No.: 3:15-cv-02250-EDL<br><br>**ORDER REGARDING STIPULATED PROTECTIVE ORDER FOR LITIGATION INVOLVING HIGHLY SENSITIVE CONFIDENTIAL INFORMATION AND/OR TRADE SECRETS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

The Stipulated Protective Order for Litigation Involving Highly Sensitive Confidential Information and/or Trade Secrets, as submitted by Plaintiff James Banneck, Defendant HSBC Bank USA, N.A. and Defendant Experian Information Solutions, Inc., by and through their respective counsel of record, is GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 9, 2015

Haywood S. Gilliam Jr.
United States District Court Judge

ORDER REGARDING STIPULATED
PROTECTIVE ORDER
Case No. 3:15-cv-0220-HSG