Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMES BANNECK, | ) |
| Plaintiff(s), | ) Case No: 3:15-cv-02250 |
| v. | ) **APPLICATION FOR** |
| HSBC Bank USA, N.A., et al. | ) **ADMISSION OF ATTORNEY** |
|  | ) **PRO HAC VICE** |
|  | ) (CIVIL LOCAL RULE 11-3) |
| Defendant(s). | ) |

I, Adam W. Wiers, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Experian Information Solutions, Inc. in the above-entitled action. My local co-counsel in this case is Douglas L. Clark, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Jones Day, 77 West Wacker Drive, Suite 3500, Chicago, IL 60601 | Jones Day, 3161 Michelson Drive, Suite 800, Irvine, CA 92612 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 269-4078 | (949) 851-3939 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| awwiers@jonesday.com | dlclark@jonesday.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6288709.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 02/13/16

Adam W. Wiers
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Adam W. Wiers is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/16/2016

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT/ ~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                                    October 2012



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
## www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
2/9/2016

Re: Adam William Wiers
Attorney No. 6288709

To Whom It May Concern:

    The records of the Clerk of the Supreme Court of Illinois and this office reflect that Adam William Wiers was admitted to practice law in Illinois on 5/4/2006; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*

Andrew Oliva
Registrar