Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BANNECK, | Case No.: 3:15-cv-02250-HSG |
| PLAINTIFF, | **Order Denying Request to Appear Telephonically to Motion for Partial Summary Judgment** |
| V. | |
| HSBC BANK USA, N.A.; EXPERIAN INFORMATION SOLUTIONS, INC.; AND DOES 1 THROUGH 10, INCLUSIVE, | Date: April 7, 2016<br>Time: 2:00 p.m.<br>Ctrm: 10<br>Judge: Hon. Haywood S. Gilliam, Jr. |
| DEFENDANTS. | |

The Court hereby DENIES the request of Jeremy S. Golden to appear at the Motion for Partial Summary Judgment Hearing telephonically.

Date:  3/17/2016           _____
                                                 UNITED STATES DISTRICT COURT JUDGE

1

[Proposed] Order on Request to Appear Telephonically to Motion for Partial Summary Judgment